**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HOLIDAY BUILDERS, INC.,**

        **Plaintiff,**

**-vs-**                                                **Case No.  6:04-cv-1697-Orl-31KRS**

**ZAKIYEH CORPORATION,**
**GENERATION BUILDERS, INC. and**
**CLIFFORD J. PEARSON d/b/a Pearson's**
**Design Group,**

        **Defendants.**
_____

## ORDER

This cause comes before the Court on Motion for Entry of Default Final Judgment against Defendants Zakiyeh Corporation and Clifford J. Pearson (Doc. No. 21) filed February 1, 2005.

On May 19, 2005, the United States Magistrate Judge issued a report (Doc. No. 29) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Motion for Entry of Default Final Judgment against Defendants Zakiyeh Corporation and Clifford J. Pearson is DENIED, without prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 6th day of June, 2005.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE